# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 97-cr-00268-DBS-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

CHERYL LONG,

       Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE UNSUCCESSFULLY PRIOR TO ORIGINAL EXPIRATION DATE

---

On January 2, 2007, the probation officer submitted a report on offender under supervision recommending the defendant be terminated unsuccessfully from supervised release in this case. The Court ordered that the probation officer consult with the Assistant U.S. Attorney and Defense Counsel. Assistant U.S. Attorney Linda McMahan, and Defense Counsel Stephen Laiche, have been consulted and they do not object to the proposed early termination. Accordingly, it is

ORDERED that the defendant be discharged unsuccessfully from supervised release and that the proceedings in this case be terminated.

DATED at Denver, Colorado, this _27th_ day of February, 2007.

BY THE COURT:

_____
Richard P. Matsch
Senior United States District Judge